1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11
   RONALD DEAN McCLUSKEY            )
12                                  )   Case No.  CIV-2:11-cv-01563-DAD
             Plaintiff,             )
13                                  )   STIPULATION AND ORDER
        v.                          )   FOR A FIRST EXTENSION FOR
14                                  )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL ASTRUE,                  )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                  )   CROSS-MOTION FOR SUMMARY
   Social Security,                 )   JUDGMENT AND IN OPPOSITION TO
16                                  )   PLAINTIFF'S MOTION FOR SUMMARY
             Defendant.             )   JUDGMENT
17                                  )
   _____  )
18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until April 16, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's first request for an extension of time in this matter.

24                                      Respectfully submitted,

25 Dated: March 13, 2012               */s/ Richard Allen Whitaker*
                                        (as authorized via telephone)
26                                      RICHARD ALLEN WHITAKER
                                        Attorney for Plaintiff
27

28

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: March 13, 2012 | By /s/ Elizabeth Barry<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\mccluskey1563.stipord.eot.wpd